Form ntcreinsmtg7

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−47184−swr**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Denice D Greer
    1531 Winchester
    Lincoln Park, MI 48146

Social Security No.:
    xxx−xx−2413

Employer's Tax I.D. No.:

### NOTICE RESCHEDULED MEETING OF CREDITORS

To the Creditors of the above named Debtor(s)

NOTICE IS HEREBY GIVEN that an Order of Reinstatement was entered on **04/26/13**

The meeting of creditors has been rescheduled to **May 30, 2013** at **02:00 PM** to be held at **211 West Fort St., Room 315, Detroit, MI 48226** .

The last day to file a complaint objecting to the discharge or a complaint to determine the dischargeability of a debt has been extended to **7/15/13** .

Dated: 4/26/13

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT